**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | | |
|---|---|---|
| **WILLIAM H. FARRELL** | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | **CIVIL NO. 6:24-cv-00091-ADA-DTG** |
| | § | |
| **MASSAMBA DIENG; RISKEY** | § | |
| **TRANSPORTATION, LLC AND BEST** | § | |
| **TRUCKING USA, INC.** | § | |
| *Defendants.* | § | **JURY TRIAL DEMANDED** |

---

**FINAL JUDGMENT**

---

**ON THIS DAY**, the Court considered the above-captioned case.  During the pretrial conference, the Court entered default judgment against Defendants as to liability.  The Court further determined that a bench trial would proceed solely on the issue of damages.  On May 20, 2025, the bench trial of this case began.  Plaintiff, William H. Farrell, appeared in person and through his attorneys and announced ready for trial.  Defendants' counsel of record also appeared; however, Defendants, Massamba Dieng and Best Trucking USA, Inc. did not personally appear.  The Court determined that it had jurisdiction over the subject matter and the parties in this case.  Judge Alan D. Albright presided over the case without a jury.  The Court proceeded to hear testimony and receive evidence offered by the parties concerning damages.

1.    There was no right to a jury trial on the issues before the Court.

2.    The Court heard the evidence and arguments of counsel and renders judgment for William H. Farrell.

3.    The Court entered written findings of fact and conclusions of law after the bench trial of this matter.

4.      Based on those findings of fact and conclusions of law, the Court orders that plaintiff, William H. Farrell, recover as follows:

- Plaintiff is **AWARDED $37,500** in damages for pain and suffering in the past.
- Plaintiff is **AWARDED $37,500** in damages for physical impairment in the past.
- Plaintiff is **AWARDED $37,500** in damages for mental anguish in the past.
- Plaintiff is **AWARDED $37,500** in damages for mental anguish in the future.
- Plaintiff is **AWARDED $322.90** in past medical expenses.

5.      Post judgment interest is payable on all of the above amounts allowable by law at the rate of 4.1%, from the date this judgment is entered until the date this judgment is paid.

6.      The Court orders execution to issue for this judgment.

7.      The Court denies all relief not granted in this judgment.

8.      This is a FINAL JUDGMENT.

**SIGNED** this _____ day of _____, 2025.


_____
**ALAN D. ALBRIGHT**
**UNITED STATES DISTRICT JUDGE**